1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   KATHY YU (Cal. Bar No. 268210)
4  Assistant United States Attorney
   Chief of Ethics and Post-Conviction Review
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2431
7       E-mail:   kathy.yu@usdoj.gov
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

9

10                  UNITED STATES DISTRICT COURT

11               FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 22-20-PA

13            Plaintiff,               GOVERNMENT'S NOTICE OF FILING OF
                                       VICTIM IMPACT STATEMENTS
14                 v.

15  LUIS ALFREDO DE LA ROSA RIOS, et
    al.,
16
              Defendants.
17

18       Plaintiff United States of America, by and through its counsel

19  of record, the United States Attorney for the Central District of

20  California and Assistant United States Attorney Kathy Yu hereby files

21  three Victim Impact Statements, attached hereto as Exhibits 7, 8, and

22  9.

23

24

25

26

27

28

1  Dated: July 26, 2024                  Respectfully submitted,

2                                        E. MARTIN ESTRADA
                                         United States Attorney
3
                                         MACK E. JENKINS
4                                        Assistant United States Attorney
                                         Chief, Criminal Division
5

6                                          /s/ KATHY YU
                                         KATHY YU
7                                        Assistant United States Attorney

8                                        Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28